MARY FRAZIER CLARK, Respondent, Appellant, v. ARCHIBALD C. CLARK, Appellant, Respondent.— Judgment and order unanimously modified by reducing the amount of alimony to be paid by the defendant to plaintiff for her support

and the support and maintenance of the infant daughter to the sum of $600 per month, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.